**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

GARFIELD SPENCE,                    Case No.: 9:22-cv-81557-WPD

    Plaintiff,
v.

REAL SUB, LLC.,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff GARFIELD SPENCE and Defendant REAL SUB, LLC., by and through their respective undersigned counsel, hereby stipulate to the dismissal of all of Plaintiff's claims in the action with prejudice. All Parties consent to the form and content of this Joint Stipulation and Order.

Dated this 17th day of January, 2023.

Respectfully submitted,

| | |
|---|---|
| */s/ Alberto R. Leal* | */s/ Beth Joseph* |
| Alberto R. Leal, Esq., P.A. | Beth Joseph, Esq. |
| 8927 Hypoluxo Rd. #157 | Morgan, Lewis & Bockius LLP. |
| Lake Worth, Florida 33467 | 600 Brickell Ave., Suite 1600 |
| Phone: 954-637-1868 | Miami, FL 33156 |
| Email: albertolealesq@gmail.com | Phone: 305-415-3308 |
| *Attorneys for Plaintiff* | Email: beth.joseph@morganlewis.com |
| | *Counsel for Defendant* |

**CERTIFICATE OF SERVICE**

      I hereby certify that on the date of filing, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                        /s/ Beth Joseph  
                                        Beth Joseph, Esq.